**No. 69729.**—Overton & Co. *v.* United States, protest 65/2931 (New York).

Opinion by FORD, J.  An examination of the papers in the case showing that the protest was not filed within the 60-day period provided by section 514, Tariff Act of 1930, the protest was dismissed as untimely.

BEFORE THE FIRST DIVISION, JANUARY 4, 1966

**No. 69730.**—Colonial Process Supply Co. *v.* United States, protests 63/9142, etc. (New York).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise consists of Vulkollan strips similar in all material respects to those the subject of *Hensel, Bruckmann & Lorbacher, Inc.* v. *United States* (53 Cust. Ct. 212, C.D. 2498), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JANUARY 5, 1966

**No. 69731.**—Alfred William Thacker, dba A. W. Thacker Co., and J. T. Steeb & Co. *v.* United States, protest 64/8062 (Portland, Oreg.).

Opinion by RAO, C.J.  Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.